Before STATE INDUSTRIAL BOARD, Respondent. JAMES BOWENS, Respondent, v. SOJEN REALTY CORPORATION and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. ANTONINO BONNANO and Another, Respondents, v. METZ BROS. CO. and Another, Appellants.— Award reversed and claim dismissed, without costs. All concur.

JESSE CASWELL, Appellant, v. CHARLES A. GROTE, Respondent.— Motion granted, with ten dollars costs.

Before STATE INDUSTRIAL BOARD, Respondent. ANNA M. CURRY, Respondent, v. AMERICAN RAILWAY EXPRESS COMPANY, Appellant.— Award unanimously affirmed, with costs to the State Industrial Board, on the ground that the appellant introduced in evidence a statement of the deceased showing that the accident arose out of and in the course of the employment, and thereby vouched for its truth; and on the authority of *Hernon* v. *Holahan* (182 App. Div. 126).

Before STATE INDUSTRIAL BOARD, Respondent. MARIA ABATE CALDERERA and Others, Respondents, v. P. NATHAN & COMPANY and Another, Appellants.— Award reversed and claim dismissed, without costs. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. DANIEL COVENY, Respondent, v. ST. LAWRENCE COUNTY, Appellant.— Award reversed, and matter remitted to the State Industrial Board, without costs. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. MARIA H. CIAPPA and Another, Respondents, v. MORRIS ROSENBERG and Another, Appellants.— Awards unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. WARWARA CZAKWIN, Respondent, v. DEMOLITION CO., INC., and Another, Appellants.— Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, for the taking of further proof as to the age of the claimant. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. JAMES CLUNE, Respondent, v. JAMES STEWART & CO. and Another, Appellants.— Award reversed and claim dismissed. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. DOMINIC COLINO, Appellant, v. MERCHANTS DESPATCH TRANSPORTATION COMPANY and Another, Respondents. — Decision unanimously affirmed, without costs.

ALICE COSGROVE, Respondent, v. TROY FIFTH AVENUE BUS CO., INC., Appellant.— Judgment and order reversed and new trial granted, with costs to the appellant to abide the event, on the ground that the verdict is against the weight of the evidence, and also on the ground of the refusal of the court to charge the proper request. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. FILOMENA RIZZI DE PAOLO, Respondent, v. E. J. ANDERSON & COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. E. DENGLER and Another Respondents, v. COHN-HALL-MARX COMPANY and Another, Appellants.— Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. TESSIE DEMPSEY and Another,